**Omar Sharrieff GAY, Plaintiff–
Appellant,**

v.

**Matthew CATE, et al., Defendants–
Appellees.**

No. 10–16144.

United States Court of Appeals,
Ninth Circuit.

Submitted July 12, 2011.*

Filed July 22, 2011.

Omar Sharrieff Gay, Soledad, CA, pro
se.

Before: SCHROEDER, ALARCÓN,
and LEAVY, Circuit Judges.

MEMORANDUM **

California state prisoner Omar Sharrieff
Gay appeals pro se from the district
court's judgment dismissing his 42 U.S.C.
§ 1983 action alleging that defendants vio-
lated Gay's Eighth Amendment, due pro-
cess and equal protection rights. We have
jurisdiction under 28 U.S.C. § 1291. We
review de novo the district court's dismiss-
al under 28 U.S.C. § 1915A for failure to
state a claim, *Weilburg v. Shapiro,* 488
F.3d 1202, 1205 (9th Cir.2007), and for an
abuse of discretion the district court's dis-
missal of a complaint without leave to
amend, *Lopez v. Smith,* 203 F.3d 1122,
1130 (9th Cir.2000) (en banc). We vacate
and remand.

The district court dismissed Gay's origi-
nal complaint without first providing him
with notice of the deficiencies and an op-
portunity to amend with the benefit of that
notice, and also did not address Gay's
equal protection claim that he is "similarly
situated" to mentally ill prisoners who uri-
nate or soil on themselves and his claim for
failure to protect him from his cellmates.
Accordingly, we vacate the judgment and
remand to the district court with instruc-
tions to address the equal protection and
failure-to-protect claims and provide Gay
with an opportunity to file an amended
complaint. *See Weilburg,* 488 F.3d at 1205
("Dismissal of a *pro se* complaint without
leave to amend is proper only if it is
absolutely clear that the deficiencies of the
complaint could not be cured by amend-
ment." (citation and internal quotation
marks omitted)); *Ferdik v. Bonzelet,* 963
F.2d 1258, 1261 (9th Cir.1992) ("[B]efore
dismissing a pro se complaint the district
court must provide the litigant with notice
of the deficiencies in his complaint in order
to ensure that the litigant uses the oppor-
tunity to amend effectively.").

Gay shall bear his own costs on appeal.

**VACATED and REMANDED.**

---

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.